UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MELVIN THOMAS, | ) |
| | ) |
| Petitioner, | ) Case No. CV 14-5144-ABC(AJW) |
| | ) |
| v. | ) |
| | ) |
| M. SPEARMAN, WARDEN, | ) JUDGMENT |
| | ) |
| Respondent. | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: July 21, 2014

_____
Audrey B. Collins
United States District Judge